IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBILE NETWORKING SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SLING MEDIA LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 19-1510 (LPS) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND AGREED by the undersigned counsel for Sling Media L.L.C. ("Defendant") and Mobile Networking Solutions, LLC ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and subject to the approval of the Court, that all claims asserted between Plaintiff and Defendant in this action shall be dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 West Street, 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendant*

May 12, 2020

SO ORDERED this ___ day of May 2020.

______________________________
CHIEF, UNITED STATES DISTRICT JUDGE